

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2021

No. 04-21-00404-CV

Fernando **GUERRA,**
Appellant

v.

Debra **GUERRA**, Ebra Trejo, and Michael Reyes,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14451
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on October 22, 2021. *See* TEX. R. APP. P. 35.1. After the due date, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution without further notice. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court